UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JOHN BAUMANN,

                              Plaintiff,

v.                                                        9:05-CV-0690
                                                             (FJS/GHL)
DOCTOR BUTTARAZZI; DR. JERRY BARTLESON;
and LESTER WRIGHT, M.D., M.P.H.,

                              Defendant.
_____

APPEARANCES:                                         OF COUNSEL:

OFFICE OF CRAIG J.J. SNYDER, PC.              CRAIG J.J. SNYDER, ESQ.
Counsel for Plaintiff
17 Granview Street
East Stroudsburg, Pennsylvania 18301

ELIOT SPITZER                                               SENTA B. SIUDA, ESQ.
Attorney General of the State of New York         Assistant Attorney General
Attorney for the Respondent
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455

GEORGE H. LOWE, United States Magistrate Judge

## ORDER

       The Court having read Plaintiff's attorney's letter of September 18, 2006 (Dkt. No. 22)

and having conferred with counsel, it is

       **ORDERED**, that counsel will confer and agree upon a location and date for the taking of

Plaintiff's deposition, and **on or before November 17, 2006**, Plaintiff's attorney will advise the

Court in writing of the location and date; and it is further

       **ORDERED**, that Plaintiff's time for expert disclosures is extended through October 20,

2006, and Defendants' time for expert disclosures is extended through December 7, 2006; and it is further

    **ORDERED**, that all other dates set forth in scheduling orders are adjourned without date.

Dated: October 20, 2006
       Syracuse, New York

                                      George H. Lowe
                                      United States Magistrate Judge