UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JOHN BAUMANN,

                    Plaintiff,

                                              9:05-CV-0690
          v.                                   (FJS/GHL)

DOCTOR BUTTARAZZI; DR. JERRY
BARTLESON; and LESTER WRIGHT, M.D.,
M.P.H.,

                    Defendants.

---

**APPEARANCES:**                    **OF COUNSEL**

OFFICE OF CRAIG J.J. SNYDER, P.C.   CRAIG J.J.SNYDER, ESQ.
Counsel for Plaintiff
17 Grandview Street
East Stroudsburg, PA   18301


HON. ANDREW M. CUOMO                SENTA B. SIUDA, ESQ.
Attorney General for the           Assistant Attorney General
 State Of New York
Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, NY   13204-2455


**FREDERICK J. SCULLIN, JR., S.D.J.:**


                              <u>ORDER</u>

     Currently before the Court is Magistrate Judge Lowe's July

24, 2008 Report-Recommendation to which the parties have filed no

objections.  Having reviewed that Report-Recommendation and the

entire file in this matter, the Court hereby

     **ORDERS** that the Report-Recommendation of Magistrate Judge

George H. Lowe filed July 24, 2008 is **ACCEPTED** in its entirety,

for the reasons stated therein; and the Court further

 **ORDERS** that Defendants' motion for summary judgment is

**GRANTED**; and the Court further

 **ORDERS** that the Clerk of the Court shall enter judgment in

favor of Defendants and close this case.


**IT IS SO ORDERED.**

Dated:  August 22, 2008
        Syracuse, New York


 _____

Frederick J. Scullin, Jr.
Senior United States District Court Judge